IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| WANDA GHOLSON<br>6518 Flanders Drive<br>Hyattsville, Maryland 20783 | :<br>:<br>: |
| Plaintiff | :<br>: |
| v. | : CAL 19-39698<br>: |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>Serve: Manager<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001 | :<br>:<br>:<br>:<br>: |
| Defendant | : |

## COMPLAINT

**COMES NOW** the plaintiff, Wanda Gholson, by and through her attorney, Erik D. Frye, and brings this complaint against the Defendant, Washington Metropolitan Area Transit Authority, herein after referred to as WMATA, and in support thereof, states as follows:

1. That plaintiff, Wanda Gholson, is an adult citizen of the United States and a resident of Prince George's County, Maryland.

2. That Defendant, WMATA, is a company licensed to conduct business in the State of Maryland, and was so conducting business on or about February 10, 2017.

3. That Defendant, WMATA, is a common carrier.

1

4. That on or about February 10, 2017, plaintiff, Wanda Gholson, was a passenger on a WMATA bus at 600 19th Street, N.W., in the District of Columbia.

5. That on the same date and time, the driver of the bus owned and operated by defendant, WMATA was operating the bus at this location in such a reckless and careless manner that the operator failed to lower the steps to the appropriate height and as plaintiff was exiting said bus, she fell and was severely injured.

6. That it was then and there a duty of the driver of the bus owned and operated by defendant, WMATA, to use utmost care to protect the safety of his passengers, to use due care to control the bus, and to lower the steps to the appropriate height for the passengers to safely exit the bus and to pull to the curb, particularly with regard to plaintiff, Wanda Gholson. At no time was the plaintiff contributory negligent and she had no opportunity to avoid the accident.

7. That the driver of the bus owned and operated by defendant, WMATA, then and there breached that duty of utmost care by failing to protect the safety of his passengers, by failing to control the bus, failing to lower the steps to the appropriate height for the passengers to safely exit the bus and failing to pull to the curb, particularly when he caused the plaintiff to fall and injure herself.

8. That said negligence on the part of the driver of the bus owned and operated by defendant, WMATA, was the actual and proximate cause of the incident. The said incident was the actual and proximate cause of the injuries and damages which occurred to plaintiff, Wanda Gholson, on the date aforesaid.

--

9. That as a direct and proximate result of the negligence of the defendant, plaintiff has suffered and will continue to suffer in the future severe physical injuries and mental anguish. Additionally, plaintiff has expended and will continue to expend in the future vast sums for medical care and treatments, medicines, nursing service, physical therapy and other protracted medical-related attention. Further, the plaintiff has lost extensive wages and will continue to lose such wages in the future and thus presents a claim for past and future earnings loss, as well as a claim for loss of earning capacity. Plaintiff is unable to perform her normal household duties and thus presents a claim for loss of home services. All the above damages were directly and proximately caused by the aforementioned negligence of the defendant and were incurred without contributory negligence on the part of the plaintiff or an opportunity for the plaintiff to avoid the collision.

**WHEREFORE**, the plaintiff, Wanda Gholson, demands judgment against the defendant, WMATA, in excess of Seventy Five Thousand Dollars ($75,000.00) plus costs.

Respectfully submitted,

Erik D. Frye
CPF 9212150251
14452 Old Mill Road
Suite 301
Upper Marlboro, MD 20772
301-780-9020
Attorney for Plaintiff

3